UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALIFAH E.D. SAIF'ULLAH, a/k/a FERNANDO JACKSON, <br><br> Petitioner, <br><br> v. <br><br> RON BROOMFIELD, <br><br> Respondent. | Case No. 20-cv-07981-EMC <br><br> **ORDER OF DISMISSAL** |

Khalifah E.D. Saif'ullah, also known as Fernando Jackson, a prisoner at San Quentin State Prison, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming he was entitled to release from custody on the ground that that his continued imprisonment violates his Eighth Amendment right to be free of cruel and unusual punishment due to his risk of contracting Covid-19 in prison. On January 20, 2021, the Court determined that Petitioner failed to state a cognizable claim for habeas relief and granted Petitioner leave to file an amended petition no later than February 26, 2021, cautioning him that failure to file an amended petition by the deadline would result in the dismissal of this action. Docket No. 7 at 13-14. Petitioner did not file an amended petition, and the deadline by which to do so has passed. For the

///
///
///
///
///

foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 23, 2021

_____
EDWARD M. CHEN
United States District Judge